In the Matter of the Application of IDA LOVETT and Others, Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City

of New York, Appellants, and LOUISE HART, Intervenor.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.